KIMMERLE, Respondent, v. CAREY PRINTING CO., Appellant.  (Supreme Court, Appellate Division, Second Department.  January 23, 1914.)  Action by George Kimmerle

against the Carey Printing Company. No opinion. Motion for reargument (of 144 N. Y. Supp. 1076) denied, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs.